USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5|4|09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHISTE, et al.,

    Plaintiffs,

    - against -

HOTELS.COM, L.P., et al.,

    Defendants.

**ORDER**

08 Civ. 10676 (PKL)
(rel. 08 Civ. 10744)
(rel. 08 Civ. 10746)

**LEISURE, District Judge:**

The Court sets the following briefing schedule for defendants' motion to dismiss: plaintiffs shall serve their opposition papers on defendants by May 22, 2009, and defendants shall serve their reply papers on plaintiffs by June 19, 2009. The parties shall electronically file all motion papers once the last reply memorandum has been served.

**SO ORDERED.**

New York, New York
May 4, 2009

                                        _____
                                                    U.S.D.J.